**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                     General Court Number
Clerk                                                                                                                   415.522.2000

**March 14, 2012**

CASE NUMBER:  CV 11-05811 JSC
CASE TITLE:  KEELY JOHNSON-v-COUNTY OF SONOMA

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                   Special Projects
Log Book Noted                                                             Entered in Computer 3/14/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                 Transferor CSA