1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:        (650) 599-9785
4
   Attorney for Plaintiff KEELY JOHNSON
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9
   KEELY JOHNSON                          Case No. CV 11-5811
10
            Plaintiff,
11                                         ORDER
                                           ~~REQUEST~~ FOR CONTINUANCE
12      v.                                 OF INITIAL CASE
                                           MANAGEMENT CONFERENCE
13
   COUNTY OF SONOMA, DEPUTY
14 CATHERINE SPEAKS and DEPUTY
   GREGORY HALS
15

16
            Defendants.
17
   _____
18

19
       Plaintiff Keely Johnson, by and through her undersigned attorney, hereby requests that
20
   the Initial Case Management Conference set herein for Friday, March 23, 2012 at 8:30
21
   a.m. be continued to Friday, April 27, 2012 at 8:30 a.m. The reasons for this request are
22
   (1) Plaintiff's undersigned attorney will be on a previously scheduled vacation on March
23
   23, and (2) it is anticipated that Defendants, having been served with process but not yet
24
   having appeared, will appear shortly and hence be in a position to participate in the Initial
25
   Case Management Conference if same is continued to April 27.
26
   / / /
27
   / / /
28

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Declination to Proceed Before Magistrate Judge and Request for Reassignment to a United States District Judge

1 DATED: March 21, 2012
2
3                                          /s/ Michael E. Adams
                                           _____
4                                          MICHAEL E. ADAMS
                                           Attorney for Plaintiff
                                           KEELY JOHNSON
5
6
7
8      Signed: March 21, 2012
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Declination to Proceed Before Magistrate Judge and Request for Reassignment to a United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA