MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:        (650) 599-9785

Attorney for Plaintiff KEELY JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELY JOHNSON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA, DEPUTY CATHERINE SPEAKS and DEPUTY GREGORY HALS<br><br><br>　　　　Defendants.<br>_____ | Case No. CV 11-5811<br><br>**ORDER**<br>~~REQUEST~~ **FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

　　Plaintiff Keely Johnson, by and through her undersigned attorney, hereby requests that the Initial Case Management Conference set herein for Friday, March 23, 2012 at 8:30 a.m. be continued to Friday, April 27, 2012 at 8:30 a.m.  The reasons for this request are (1) Plaintiff's undersigned attorney will be on a previously scheduled vacation on March 23, and (2) it is anticipated that Defendants, having been served with process but not yet having appeared, will appear shortly and hence be in a position to participate in the Initial Case Management Conference if same is continued to April 27.

/ / /

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Declination to Proceed Before Magistrate Judge and Request for Reassignment to a United States District Judge

1  DATED: March 21, 2012

                                            /s/ Michael E. Adams
                                            _____
                                            MICHAEL E. ADAMS
                                            Attorney for Plaintiff
                                            KEELY JOHNSON

            Signed:  March 21, 2012



LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Declination to Proceed Before Magistrate Judge and Request for Reassignment to a United States District Judge