IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELY JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA, and DEPUTY CATHERINE SPEAKS,<br><br>    Defendants._____ / | No. C 11-05811 CRB<br><br>**ORDER VACATING TRIAL DATE AND RE-SETTING TRIAL DATE** |

The Court hereby VACATES the current trial date of November 18, 2013, and RESETS the trial date for December 16, 2013.

**IT IS SO ORDERED.**

Dated: November 1, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE