**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELY JOHNSON, | No. C -11-5811  CRB |
| Plaintiff, | **ORDER** |
| v. | |
| COUNTY OF SONOMA, | |
| Defendants.                    / | |

**IT IS HEREBY ORDERED** that the jury of seven members in the above matter during their deliberations at the United States Courthouse in San Francisco be furnished with meals at the expense of the United States commencing on December 17, 2013 and until conclusion of trial proceedings.

**IT IS SO ORDERED.**

Dated: December 17, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

N:\trial docs\jmeals.wpd