IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELY JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA,<br><br>    Defendant.<br>_____/ | No. C 11-05811 CRB<br><br>**JUDGMENT** |

In light of the jury verdict finding that Defendant did not use excessive force against Plaintiff, see Verdict Form (dkt. 72), the Court enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 14, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5811\judgment.wpd